IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH A. CELSKY, JR.,** | : | CIVIL ACTION NO. 1:18-CV-2416 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of September, 2020, upon consideration of the motion (Doc. 15) for summary judgment pursuant to Federal Rule of Civil Procedure 56 filed by defendant Pennsylvania Higher Education Assistance Agency ("PHEAA"), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. PHEAA's motion (Doc. 15) for summary judgment is GRANTED in part and DENIED in part, as follows:

    a. Summary judgment is GRANTED in PHEAA's favor insofar as taking phone calls is an "essential function" of the Customer Service Lead position.

    b. Summary judgment is DENIED in all other respects.

2. A revised pretrial and trial schedule shall issue in due course.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner
                                              United States District Judge
                                              Middle District of Pennsylvania